AO-10 (WP)
Rev. 1/2004

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. App. §§101-111)

# FINANCIAL DISCLOSURE REPORT

## Nomination Report

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gardephe, Paul G. | U.S. District Court, SDNY | 04/30/08 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Judge -- Nominee | 5. Report Type (check appropriate type) X Nomination, Date 4/29/08 ___ Initial ___ Annual ___ Final | 6. Reporting Period 01/01/2007 to 03/31/08 |
|---|---|---|

| 7. Chambers or Office Address 1133 Avenue of the Americas New York, New York 10036 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ |
|---|---|

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| | NONE (No reportable positions.) | |
| 1 | Partner | Patterson Belknap Webb & Tyler LLP |
| 2 | Board Member | Fund for Modern Courts |
| 3 | Advisory Board Member | Sunsglow |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | NONE (No reportable agreements.) | |
| 1 | 2003 | with Time Warner Inc., regarding deferred compensation plan, Time Warner Savings Plan |
| 2 | 2008 | with Patterson Belknap Webb & Tyler LLP, regarding capital account and fees earned while a firm partner, and regarding 401k plan, money purchase plans, and cash balance plans |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

### A. Filer's Non-Investment Income

| | DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|---|
| | NONE (No reportable non-investment income.) | | |
| 1 | 2008 | Patterson Belknap Webb & Tyler, partnership income | $ 258,064. |
| 2 | 2008 | Time Warner Inc., deferred compensation payment | $ 8948.52 |
| 3 | 2007 | Patterson Belknap Webb & Tyler, partnership income | $ 1,330,401 |
| 4 | 2007 | Time Warner Inc., deferred compensation payment | $ 9615.80 |
| 5 | 2007 | New York Law School, teaching fee | $ 4500 |
| 6 | 2006 | Patterson Belknap Webb & Tyler, partnership income | $ 1,119,742 |
| 7 | 2006 | Time Warner Inc., deferred compensation payment | $ 266,951.89 |

| 2006 | New York Law School, teaching fee | $ 4500 |
|------|-----------------------------------|--------|

B. **Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)**

☐ NONE (No reportable non-investment income.)

| | | |
|---|------|-----------------------------------|
| | 2007 | Family Services of Westchester, Salary |
| | 2008 | Family Services of Westchester, Salary |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | Exempt | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | NONE (No such reportable gifts.) | | |
| 1 | Exempt | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000    P3=25,000,001-50,000,000    P4=50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | A. Income during reporting period (1) Amt. Code 1 (A-H) | A. (2) Type (e.g. div. rent or int.) | B. Gross value at end of reporting period (1) Value Code 2 (J-P) | B. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date Month Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 Dreyfus Mutual Fund | D | Dividend | N | T | Exempt | | | | |
| 2 Janus Research Fund | A | Dividend | J | T | | | | | |
| 3 Apple Bank cert of deposit | A | Interest | J | T | | | | | |
| 4 Neuberger Berman International Fund | A | Dividend | K | T | | | | | |
| 5 Janus Enterprise Fund | A | Dividend | J | T | | | | | |
| 6 Janus Research Fund | A | Dividend | J | T | | | | | |
| 7 Janus Growth and Income Fund | A | Dividend | L | T | | | | | |
| 8 Janus Worldwide Fund | A | Dividend | K | T | | | | | |
| 9 Fidelity Magellan Fund | A | Dividend | J | T | | | | | |
| 10 Neuberger Berman Partners Fund | A | Dividend | J | T | | | | | |
| 11 Time Warner Savings Plan | A | Dividend | M | T | | | | | |
| 12 Time Warner Deferred Compensation Plan | A | Dividend | K | T | | | | | |
| 13 New York College Savings Plan | A | Dividend | O | T | | | | | |
| 14 Patterson Money Purchase Plan and 401k | A | Dividend | M | T | | | | | |
| 15 Vanguard Tax Managed Cap Appreciation | A | Dividend | L | T | | | | | |
| 16 Vanguard Tax Managed Growth & Income | A | Dividend | L | T | | | | | |
| 17 Vanguard Tax Managed Int'l Fund | A | Dividend | M | T | | | | | |

| 1. | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| | | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2. | Value Codes: (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | |
| | | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |
| 3. | Value Method Codes (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| | | U=Book value | V=Other | W=Estimated | | |

## VII. Page 2 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | A. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | B. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | C. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 18 Vanguard Tax Managed Small Cap Fund | A | Dividend | L | T | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |
| 21 | | | | | | | | | |
| 22 | | | | | | | | | |
| 23 | | | | | | | | | |
| 24 | | | | | | | | | |
| 25 | | | | | | | | | |
| 26 | | | | | | | | | |
| 27 | | | | | | | | | |
| 28 | | | | | | | | | |
| 29 | | | | | | | | | |
| 30 | | | | | | | | | |
| 31 | | | | | | | | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |

| 1. | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| | | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2. | Value Codes: (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | |
| | | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |
| 3. | Value Method Codes (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| | | U=Book value | V=Other | W=Estimated | | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____Paul R. Gardephe_____      Date _____April 30, 2008_____

NOTE:  ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 14 | 000 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | | | | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | | |
| Real estate owned-add schedule | 1 | 340 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 138 | 000 | | | | |
| Cash value-life insurance | | 77 | 439 | | | | |
| Other assets itemize: | 2 | 561 | 330 | | | | |
| (see attached) | | | | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 0 | |
| | | | | Net Worth | 4 | 130 | 769 |
| Total Assets | 4 | 130 | 769 | Total liabilities and net worth | 4 | 130 | 769 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | NO | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |